UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

EMANUEL DELACRUZ, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                Plaintiffs,

                v.

SHEEX INC.,

                Defendant.

------------------------------------- x

No.: 1:20-cv-8393

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), EMANUEL DELACRUZ, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the Defendant, SHEEX INC., from the above entitled action, with prejudice and without fees and costs.

Dated:  New York, New York
          December 28, 2020

                                                     **GOTTLIEB & ASSOCIATES**

                                                          */s/Jeffrey M. Gottlieb, Esq.*

                              Jeffrey M. Gottlieb, Esq., (JG-7905)
                              150 East 18th Street, Suite PHR
                                        New York, NY 10003
                                              Phone: (212) 228-9795
                                                  Fax: (212) 982-6284
                                                  Jeffrey@Gottlieb.legal

                                                          *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge